# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **R**OBERT HIKEEN SEIGLE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16cv00331-FDW |
| | ) | 3:11cr000042-FDW-1 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2019 Order.

September 23, 2019

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court